08-17-00184-CR

ACCEPTED
08-17-00184-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/21/2018 5:34 PM
DENISE PACHECO
CLERK

## No. 08-17-00184-CR

**IN THE
COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

5/21/2018 5:34:06 PM

DENISE PACHECO
Clerk

**MELERIE VILLALOBOS**                                      **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                      **APPELLEE**

---

## STATE'S SECOND MOTION
## FOR AN EXTENSION OF TIME TO FILE THE STATE'S BRIEF

**TO THE COURT OF APPEALS, EIGHTH DISTRICT OF TEXAS:**

COMES NOW, the State of Texas in the above styled and numbered cause, pursuant to Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, and requests an extension of time in which to file the State's brief, and would show the Court as follows:

1. Appellant was convicted of driving while intoxicated in County Criminal Court at Law No. 2 of El Paso County, Texas in a case styled, *The State of Texas v. Melerie Villalobos*, cause number 20150C00038.

2. The State's brief is currently due to be filed on May 21, 2018.

3. This extension is requested for 30 days until June 19, 2018.

4. One motion for extension of time to file the State's brief has been previously requested by the State and granted by this Court.

5. The undersigned attorney for the State has been unable to complete the State's brief in a timely manner during the briefing period and requests this extension due to the following factors:

(a) Since the filing of the State's first extension request, the undersigned completed and filed in this Court the State's briefs in the following cases:
*Chadi Azzam v. The State of Texas*, Cause Number 08-17-00137-CR, filed May 1, 2018.
*Christopher Napier v. The State of Texas*, Cause Number 08-18-00050-CR, filed May 2, 2018 (letter brief on issue of dismissal).

(b) Since the filing of the State's first extension request, the undersigned prepared for and presented oral argument to this Court in the following case:
*Steven Scott Apilado v. The State of Texas*, Cause Number 08-16-00358-CR, argued May 10, 2018.

(c) The undersigned is also responsible for preparing and filing in this Court the State's briefs in the following cases:
*Melerie Villalobos v. The State of Texas*, Cause Number 08-17-00184-CR, due May 20, 2018 (1st extension).

(d) As the Appellate Division Chief of the 34th Judicial District Attorney's Office, the undersigned must devote much of his time on a daily basis to assisting the trial-division prosecutors with issues that arise in their cases before the District and County Courts, including (among many other things) providing legal research on emergency issues that arise during trial. The undersigned also has many appellate-division and office-wide administrative duties that require much of his time on a daily basis.

# PRAYER

WHEREFORE, the State prays that its extension request will be granted until June 19, 2018.

Respectfully submitted,

JAIME ESPARZA
DISTRICT ATTORNEY
34th JUDICIAL DISTRICT

/s/ Tom A. Darnold
TOM A. DARNOLD
ASST. DISTRICT ATTORNEY
EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 546-2059 ext. 3070
FAX (915) 533-5520
E-MAIL: tdarnold@epcounty.com
SBN 00787327

ATTORNEYS FOR THE STATE

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was sent by e-mail by utilizing the E-serve system on May 21, 2018, to appellant's attorneys: Todd D. Morten, at tmorten@epcounty.com; and A. Marcelo Rivera, at arivera@epcounty.com.

/s/ Tom A. Darnold
TOM A. DARNOLD